IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MATTHEW OLIVER REARDON**                                          **PLAINTIFF**

**v.**                               **CIVIL ACTION NO.: 3:22-cv-50-SA-JMV**

**STATE OF MISSISSIPPI, ET AL.**                                 **DEFENDANTS**

**ORDER**

Plaintiff Matthew Oliver Reardon filed a complaint [1] against various people, entities, and the like on April 6, 2022. By order [6] of this Court, plaintiff's motion to proceed *in forma pauperis* was granted on April 8, 2022. However, pursuant to said order, service of process was withheld at that time. The Court finds that service of process shall now be issued as to the named defendants. However, there are various named defendants for whom no address is provided in the complaint [1].

Accordingly, it is ORDERED that the clerk shall issue process for the following defendants named in the complaint: Lafayette County Sheriff's Department, Lafayette County Chancery Court, Communicare, Dr. Sandy Rogers, Rachel Alcorn, and Susan Beard. U.S. Marshal shall serve process upon these defendants in accordance with 28 U.S.C. § 1915.

It is further ORDERED that **plaintiff** shall have fourteen (14) days from the date of this Order to provide an address for the following defendants so that they may be served with process: State of Mississippi, Lafayette County, Mississippi, Joseph B. East, David O'Donnell, Sherry Wall, and Jeff Busby.

SO ORDERED AND ADJUDGED, this the 3rd day of June, 2022.

                                                        /s/ Jane M. Virden
                                                        UNITED STATES MAGISTRATE JUDGE