IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MATTHEW OLIVER REARDON

V.                                              CAUSE NO. 3:22-CV-50-SA-JMV

STATE OF MISSISSIPPI, et al.

ORDER

On June 29, 2022, the State of Mississippi filed a Motion to Dismiss [22] based upon lack of jurisdiction. Thereafter, the Court permitted Reardon to amend his complaint. *See* [29]. After Reardon filed his Amended Complaint [30], the State of Mississippi filed a renewed Motion to Dismiss [38]. Because the original Motion to Dismiss [22] seeks dismissal of a complaint which is no longer operative, that Motion [22] is DENIED AS MOOT.

Reardon has also filed a Motion to Stay [33], wherein he requests that the Court "[s]tay the current proceedings and deadlines due that are requiring of the Plaintiff's response due to Plaintiff currently being incarcerated at the Lafayette County Detention Center in Oxford, MS. Plaintiff is unable to receive any updates in this matter and as such, Plaintiff stands unable to meet time deadlines to fairly respond to requests." [33] at p. 1.

Reardon cites no authority indicating that a party's obligations in a civil proceeding should be stayed simply because of incarceration, and the Court is likewise unaware of any such authority. Reardon's request to stay his obligations in association with the case is therefore DENIED. However, the Court will extend his deadline to respond to the pending Motion.

The Clerk of Court is hereby directed to mail a copy of the Amended Complaint [30], the renewed Motion to Dismiss [38], Memorandum in Support [39], this Order, and an Acknowledgement of Receipt to Reardon at the Lafayette County Detention Center. The Clerk of

Court shall also mail a copy of those documents to Reardon's address listed on the docket. Reardon shall response to the renewed Motion [38] on or before September 15, 2022. The Court will proceed with ruling on the Motion [38] without a response if one is not filed by that time.

SO ORDERED, this the 16th day of August, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE