**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MATTHEW OLIVER REARDON**                                                                       **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO.: 3:22-cv-50-SA-JMV**

**STATE OF MISSISSIPPI, ET AL.**                                              **DEFENDANTS**

**ORDER DIRECTING CLERK'S OFFICE TO MAIL COPIES OF REQUESTED
DOCUMENTS TO PRO SE PLAINTIFF**

On February 14, 2023, the *pro se* Plaintiff filed a document styled as "Memorandum in Support for Request for Emergency Injunctive Relief and Stipulated Order for Protection" [59]. Therein, he requests "that this court send the amended complaint and all filed documents in this matter" to him. [59] at 9. Since that date, the *pro se* Plaintiff has filed a Notice of Change of Pro Se Address [61].

The Court finds that it is appropriate to mail the *pro se* Plaintiff the requested documents. Therefore, the Clerk's Office is directed to mail a copy of the Amended Complaint [30] and any and all documents filed or entered since the amended complaint to the address provided by the *pro se* Plaintiff at [61].

**SO ORDERED**, this the 3rd day of March, 2023.

                                                                                    /s/ Jane M. Virden
                                                                                UNITED STATES MAGISTRATE JUDGE